**GOTLIB LAW**

**MEMO ENDORSED**

August 19, 2020

*Via* **ECF & Email**

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>*United States v. Dominick Lewis,* 20 Cr. 290 (KPF)</u>

Dear Judge Failla:

I represent Mr. Lewis in the above-captioned matter. I write to respectfully request a thirty-day adjournment of the conference currently scheduled for August 25, 2020. This is the first request for an adjournment of the conference. The government has no objection to this request. If our request is granted, I further request that the Court exclude time under the Speedy Trial Act until the date of the conference. I believe that such an exclusion would be in the interests of justice as it will permit additional time for me to confer and review discovery with Mr. Lewis.

I thank the Court for its consideration.

Respectfully submitted,

    /s/

Valerie A. Gotlib


cc:    all counsel of record (*via* ECF)

Application GRANTED. The conference scheduled for August 25, 2020, is hereby ADJOURNED to September 22, 2020, at either 9:00 a.m. or 11:00 a.m., and will be confirmed with the parties the week before the conference is to occur.

The time between the filing of this Order and September 22, 2020, is excluded under the Speedy Trial Act.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the Court to hold a video arraignment and initial pretrial conference, will permit the parties to finalize a proposed protective order, will allow the Government to produce discovery, and will permit the parties to discuss a potential pretrial resolution in this matter.

Dated:     August 19, 2020        SO ORDERED.
           New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE