**GOTLIB LAW**

MEMO ENDORSED

October 8, 2020

*Via* **ECF & Email**

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Dominick Lewis,* 20 Cr. 290 (KPF)

Dear Judge Failla:

I represent Mr. Lewis in the above-captioned matter.  I write to respectfully request a thirty-day adjournment of the conference currently scheduled for October 16, 2020.  This is the first request for an adjournment of this conference.  The government has no objection to this request.   If our request is granted, I further request that the Court exclude time under the Speedy Trial Act until the date of the conference.  I believe that such an exclusion would be in the interests of justice as it will permit additional time for me to confer with Mr. Lewis concerning the plea offer extended by the government.

I thank the Court for its consideration.

Respectfully submitted,

/s/

Valerie A. Gotlib

cc:   all counsel of record (*via* ECF)

Application GRANTED.  The conference scheduled for October 16, 2020, is hereby
adjourned to November 16, 2020, at 9:00 a.m., with a backup time of 11:00 a.m.
It is further ORDERED that time is excluded under the Speedy Trial Act between
October 16, 2020, and November 16, 2020.  The Court finds that the ends of
justice served by excluding such time outweigh the interests of the public and
the defendant in a speedy trial because it will permit defense counsel to
continue to review discovery and prepare any pretrial motions and permit the
parties to consider a pre-trial disposition.

Dated:   October 8, 2020
         New York, New York

SO ORDERED.

Gotlib Law, PLLC
225 Broadway | Suite 2815 | New York | NY | 1000?
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE