UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>DOMINICK LEWIS,<br><br>Defendant. | 20 Cr. 290 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Mr. David Touger's notice of appearance to represent Defendant Dominick Lewis. (Dkt. #17). The Court ORDERS Mr. Touger, Ms. Valerie Gotlib, Defendant, and counsel for the Government to appear on November 2, 2020, at 11:00 a.m., with backup times of 10:30 a.m. or 12:00 p.m., for a hearing, at which time the Court will arrange for the appointment of Mr. Touger as counsel for Defendant. The date and time will be confirmed the week before the conference, and instructions for accessing the hearing will be provided separately.

SO ORDERED.

Dated:   October 21, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge