UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

DOMINICK LEWIS,

Defendant.

20 Cr. 290 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

At the pretrial conference held on January 27, 2021, the Court was informed that Defendant has not been able to access electronic discovery provided to the defense by the Government while he has been incarcerated at the Manhattan Correctional Center (the "MCC"). Accordingly, the MCC is ORDERED to provide Mr. Lewis with access — in his unit — to electronic discovery produced by the Government. If needed, the Government is ORDERED to provide the MCC with a replacement copy of their production. This order shall apply equally to any supplemental discovery.

SO ORDERED.

Dated:   January 27, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge