**MEMO ENDORSED**

## *PELUSO & TOUGER, LLP*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

February 22, 2021

By ECF

Honorable Katherine Polk Failla
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: United States v. Dominic Lewis,
          20 CR 290 (KPF)

Your Honor,

Please accept this letter as a motion to adjourn the scheduled Court conference set for March 3, 2021. I have contacted the Government and they have no objection. The reason for this request is that I have had trouble getting certain Court documents necessary for this matter due to Court closures because of the Covid 19 pandemic. I would thus respectfully request an adjournment of 4-6 weeks of this matter. I consent to the exclusion of this time from any Speedy Trial calculations.

Most Respectfully,

David Touger, Esq.

Application GRANTED.  The conference scheduled for March 3, 2021, is hereby ADJOURNED to April 5, 2021, at 11:00 a.m. with a backup time of 9:00 a.m., with the time and date to be confirmed the week prior to the conference.  The conference shall take place remotely and the Court will provide instructions for accessing the conference in advance of the conference.

It is further ORDERED that time is excluded under the Speedy Trial Act between March 3, 2021, and April 5, 2021.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and prepare any pretrial motions.

Dated:     February 22, 2021          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE