## *PELUSO & TOUGER, LLP*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

August 24, 2021

By ECF

Honorable Katherine Polk Failla
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

     Re: United States v. Dominic Lewis,
         20 CR 290 (KPF)

Your Honor,

     The Court graciously granted my prior letter asking to adjourn the sentence date in this matter. Unfortunately the date the Court selected (September 21st) is the first day of the Jewish holiday of Sukkot which is a major holiday and I will be in services at my local synagogue that day. Thus, with the Government's consent I am most respectfully requesting a short adjournment of the Sentence date so that I can comply with my religious beliefs. My only bad dates would be September 22, 28 and 29th.

     Thank you for your consideration of this matter.

Most Respectfully,

David Touger, Esq.

Application GRANTED.  The sentencing scheduled for September 21, 2021 is hereby ADJOURNED to **December 2, 2021, at 3:00 p.m**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Due to the Court's calendar, the Court is not able to accommodate Defendant's request for a short adjournment, and has selected the soonest available sentencing date.

In light of this adjournment, Defendant's sentencing submission shall be due two weeks in advance of sentencing and the Government's submission shall be due one week in advance of sentencing.

Date:     August 25, 2021          SO ORDERED.
          New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE