

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2021

**BY ECF AND EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *United States v. Dominick Lewis*, 20 Cr. 290 (KPF)

Dear Judge Failla:

      The Government writes in connection with sentencing in this case, which is scheduled for Thursday December 2, 2021, at 3:00 p.m. The Government's sentencing submission is currently due on Thursday November 25, 2021 (Thanksgiving). Along with its sentencing memorandum, the Government also expects to provide the Court with, among other things, a disc containing video exhibits, which will require physical delivery to the Court's chambers. In light of the Thanksgiving holiday on Thursday and the administrative closure of the courthouse on Friday, the Government respectfully requests permission (1) to file its sentencing submission on Friday November 26, and (2) to deliver the disc with video exhibits to the Court's chambers on Monday November 29. Defense counsel has no objection to either request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: *[signature]*
    Justin V. Rodriguez
    Assistant United States Attorney
    Tel: (212) 637-2591

cc: Counsel of record (by ECF and email)

Application GRANTED. The Government may file its sentencing submission on November 26, 2021, and may deliver the aforementioned disc on November 29, 2021.

The Clerk of Court is directed to close the pending motion at docket entry 33.

SO ORDERED.

Date: November 23, 2021
     New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE